# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REDDY M. MARTINEZ,

    *Plaintiff*,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    *Defendants*.

2:13-cv-01057-JCM-VCF

ORDER

    This closed prisoner civil action comes before the court on plaintiff's motion (#4) for appointment of counsel.

    The motion for appointment of counsel apparently was mailed on or about the same date that the order and judgment of dismissal were entered. Nothing in the boilerplate form motion leads the court to find that requesting a private attorney to represent plaintiff in this closed non-habeas civil action would be in the interests of justice or otherwise warranted. As discussed at length in the prior order (#3), this action was improperly commenced and presented no viable claims.

    This matter has been, and remains, closed.

    DATED: January 30, 2014.

_____
JAMES C. MAHAN
United States District Judge